BEFORE THE SECOND DIVISION, OCTOBER 18, 1956

**No. 60290.**—Needlers British Imports *v.* United States, protest 224960–K (Denver).

Opinion by LAWRENCE, J.   At the trial, a representative of the plaintiff made an unsworn statement, introduced a sample of the knives, which was received in evidence as exhibit 1, and requested that the protest serve the dual purpose of protest and brief.   From an examination of the protest, it was apparent that the plaintiff recognized the applicability of paragraph 355, as modified, *supra,* to its importation, but sought the benefit of a lower rate of duty thereon, i. e., 2 cents each plus 12½ percent ad valorem, contending that the knives are all-purpose knives rather than being limited to bread cutting.   While the protest indicated that "Owing to the fact that our costings has been based on the lower rate, any increase in duties would entail hardship and some loss," the record did not afford sufficient evidence to justify the court in disturbing the action of the collector.   The protest was, therefore, overruled.

**No. 60291.**—J. P. Krusick and Markle's *v.* United States, protest 266227–K (Pembina).

Opinion by LAWRENCE, J.   An examination of the record failing to disclose adequate reasons for disturbing the action of the collector, which was presumptively correct, the protest was overruled.

BEFORE THE THIRD DIVISION, OCTOBER 18, 1956

**No. 60292.**—G. & S. Manufacturing Co. *v.* United States, protests 274766–K, etc. (San Francisco).

Opinion by JOHNSON, J.   In accordance with stipulation of counsel that the merchandise consists of percussion caps similar in all material respects to those the subject of *Gold-Silver & Co.* v. *United States* (36 Cust. Ct. 51, C. D. 1753), the claim of the plaintiff was sustained.